DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| 534P07-2 | State v. Clifton Erwin Teachey | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-272) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 555P13-2 | State v. Tahashi T. Matthews | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 557PA13 | Irving v. Charlotte Mecklenburg Board of Education | Def's Motion for Extension of Time to File Reply Brief | Allowed 12/01/2014 |
| 569P13 | State v. Sabur Rashid Allah | 1. State's Motion for Temporary Stay (COA13-667) | 1. Allowed 12/18/2013 Dissolved 12/18/2014 |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| | | | **Beasley, J., recused** |
| 579P01-2 | State v. Antorio Maurice Smarr | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Gaston County | Dismissed |
| 580P05-12 | In Re: David L. Smith | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP14-529) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Denied |
| | | 3. Def's *Pro Se* Petition for *Writ of Mandamus* | 3. Denied |